IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**STEPHANIE L. MYERS**                                              **PLAINTIFF**

v.                                              **CIVIL ACTION NO. 2:16-CV-198-KS-MTP**

**LAMAR COUNTY, MISSISSIPPI,** *et al.*                    **DEFENDANTS**

### ORDER

Plaintiff shall respond to Defendant QCHC, Inc.'s Motion to Set Aside Default [14] on or before **January 26, 2017.** Defendant may file a reply within seven days of the filing of Plaintiff's response, but no later than **February 2, 2017.**

SO ORDERED AND ADJUDGED this ___18th___ day of January, 2017.

                                                 s/Keith Starrett
                                        UNITED STATES DISTRICT JUDGE