IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**STEPHANIE L. MYERS**                                                 **PLAINTIFF**

v.                                    **CIVIL ACTION NO. 2:16-CV-198-KS-MTP**

**LAMAR COUNTY, MISSISSIPPI,** *et al.*                      **DEFENDANTS**

### ORDER

On March 7, 2017, Defendant QCHC, Inc. filed a Motion to Dismiss or for a More Definite Statement [23]. Plaintiff shall respond on or before **March 21, 2017**. L.U.Civ.R. 7(b)(4); FED. R. CIV. P. 6(a). If Defendant wants to reply, it must do so within seven days of the filing of Plaintiff's response, but no later than **March 28, 2017**. L.U.Civ.R. 7(b)(4); FED. R. CIV. P. 6(a).

If any party wants an extension of time, it must file a motion prior to the deadline's expiration. L.U.Civ.R. 7(b)(4). Any party seeking an extension must advise the Court whether it is opposed. L.U.Civ.R. 7(b)(10).

Defendant's original and reply memoranda shall not exceed a combined total of thirty-five (35) pages, and Plaintiff's response shall not exceed thirty-five (35) pages. L.U.Civ.R. 7(b)(5). If any party wants to file extra pages, they must seek leave to do so.

SO ORDERED AND ADJUDGED this ___9th___ day of March, 2017.

                                                     ___s/Keith Starrett___
                                                     UNITED STATES DISTRICT JUDGE