**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

**STEPHANIE L. MYERS** **PLAINTIFF**

**v.** **CIVIL ACTION NO. 2:16-CV-198-KS-MTP**

**LAMAR COUNTY, MISSISSIPPI, *et al.*** **DEFENDANTS**

## ORDER

Plaintiff filed a Motion to Amend [30] the Complaint. Defendant does not oppose the motion [34]. Accordingly, the Court **grants** Plaintiff's Motion to Amend [30]. In the interest of efficiency in addressing all pending motions, the Court will deem the First Amended Complaint [30-1] filed. Nevertheless, the Court orders to Plaintiff to immediately file the First Amended Complaint [30-1] as a separate docket entry, in the interest of maintaining a clear, accessible record.

As the Court has granted Plaintiff's Motion to Amend [30] and deemed the First Amended Complaint as filed, the Court **denies** Defendant's Motion to Dismiss [23] the initial Complaint **as moot**. Once Plaintiff files the First Amended Complaint, it will be the operative pleading.

SO ORDERED AND ADJUDGED this 7TH day of April, 2017.

s/Keith Starrett
UNITED STATES DISTRICT JUDGE