IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**STEPHANIE L. MYERS**                                                    **PLAINTIFF**

v.                             **CIVIL ACTION NO. 2:16-CV-198-KS-MTP**

**LAMAR COUNTY, MISSISSIPPI,** *et al.*                      **DEFENDANTS**

### ORDER

On May 16 and 17, 2017, Defendants filed three Motions for Judgment on the Pleadings [45, 47, 50]. Plaintiff shall respond to each motion on or before **May 31, 2017**. L.U.Civ.R. 7(b)(4); FED. R. CIV. P. 6(a). If Defendants want to reply, they must do so within seven days of the filing of Plaintiff's responses, but no later than **June 7, 2017**. L.U.Civ.R. 7(b)(4); FED. R. CIV. P. 6(a).

If any party wants an extension of time, it must file a motion prior to the deadline's expiration. L.U.Civ.R. 7(b)(4). Any party seeking an extension must advise the Court whether it is opposed. L.U.Civ.R. 7(b)(10).

Defendants' original and reply memoranda shall not exceed a combined total of thirty-five (35) pages per each motion, and Plaintiff's responses shall not exceed thirty-five (35) pages each. L.U.Civ.R. 7(b)(5). If any party wants to file extra pages, they must seek leave to do so.

SO ORDERED AND ADJUDGED this ___17th___ day of May, 2017.

                                                                        ___s/Keith Starrett_____
                                                                        UNITED STATES DISTRICT JUDGE