**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

**STEPHANIE L. MYERS**                                                      **PLAINTIFF**

**v.**                                          **CIVIL ACTION NO. 2:16-CV-198-KS-MTP**

**LAMAR COUNTY, ET AL.**                                           **DEFENDANTS**

<u>**ORDER**</u>

This matter is before the Court on the Joint Motion [107] for Extension of Discovery

Deadline and Dispositive Motion Deadline. After conferring with the parties, the Court finds that

a lengthy extension and immunity discovery period is not warranted based on the current record

and the limited discovery to be taken. The Court will grant a more modest extension.

IT IS THEREFORE ORDERED that:

1. The Joint Motion [107] for Extension of Discovery Deadline and Dispositive Motion
   Deadline is GRANTED IN PART AND DENIED IN PART.

2. The deadline to take discovery related to immunity issues pertaining to Defendants
   Wesley Purvis and James Baradell is extended to May 3, 2018, for the sole purpose of
   taking the deposition of Sharon Goar;

3. This deposition shall be taken for all purposes and issues to eliminate the need to re-
   depose her;

4. Motions related to Wesley Purvis and James Baradell's claims of immunity shall be filed
   on or before May 17, 2018;

5. **As this case was filed well over a year ago, the parties and counsel are urged to
   proceed expeditiously.**

SO ORDERED, THIS the 1st day of May, 2018.

s/ Michael T. Parker
United States Magistrate Judge

1