### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### EASTERN DIVISION

**STEPHANIE L. MYERS**                                                        **PLAINTIFF**

**VS.**                                                        **CIVIL ACTION NO: 2:16-cv-198-KS-MTP**

**LAMAR COUNTY, ET AL.**                                                        **DEFENDANTS**

### AGREED ORDER OF DISMISSAL

This day this cause came on to be heard on a joint *ore tenus* motion of Plaintiff Stephanie

L. Myers and Defendants Lamar County, Wesley Purvis, James Baradell, Sharon Goar and

QCHC, Inc., that this matter be dismissed with prejudice and the Court, having considered the

same, and it being made known to the Court that all parties are in agreement thereto, finds that

said motion is well taken.

IT IS THEREFORE ORDERED that this matter is hereby dismissed with prejudice, each

party shall bear their own costs.

SO ORDERED and ADJUDGED this the __11th___ day of June, 2018.

__s/Keith Starrett_____
**DISTRICT COURT JUDGE**

Prepared by:

/s/William R. Allen_____
WILLIAM R. ALLEN, ESQ. (MSB # 100541)
JESSICA S. MALONE, ESQ. (MSB #102826**)**
Allen, Allen, Breeland & Allen, PLLC
P. O. Box 751
Brookhaven, MS  39602-0751
Tel: 601-833-4361
Fax: 601-833-6647
wallen@aabalegal.com
jmalone@aabalegal.com
    *One of the Attorneys for Lamar County*
    *and Sheriff Danny Rigel*

/s/ *Robin L. Roberts*
ROBIN L. ROBERTS, ESQ. (MSB #5596)
ROBERTS AND ASSOCIATATES
P.O. Box 1953
Hattiesburg, MS 39403
Tel:  601-544-0950
Fax: 601-450-5395
robin@rablaw.net
　　　 *Attorney for Plaintiff*


/s/ *J. Scott Gilbert*
J. SCOTT GILBERT, ESQ. (MSB #102123)
WATKINS & EAGER PLLC
P. O. Box 650
Jackson, Mississippi 39205
Tel:  601-965-1900
Fax: 601-965-1901
sgilbert@watkinseager.com
　　　 *Attorneys for Defendant, QCHC, Inc.*